**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01167-CR

---

### MICAH MERRITT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00493-T**

---

## ORDER

On February 12, 2016, this Court ordered court reporter's Karren Jones and Yolanda Atkins to coordinate to file the complete reporter's record by March 14, 2016. On March 23, 2016, this Court rejected an incomplete reporter's record that only contained Volume 4. That attempted filing was not in compliance with this Court's order of February 12, 2016. Further, to date, the complete reporter's record has not been filed and neither court reporter has communicated with the Court regarding the failure to file the complete reporter's record.

Accordingly, we **ORDER** court reporters Karren Jones and Yolanda Atkins to coordinate to file, by **APRIL 18, 2016**, the complete reporter's record, *including all exhibits admitted into evidence.* If the complete reporter's record, including all exhibits, is not filed by April 18, 2016,

the Court will order that Karren Jones and Yolanda Atkins not sit as court reporters until the complete record, including all exhibits, is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Karren Jones and Yolanda Atkins, substitute court reporters; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE